```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 0 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JONATHAN THEN,                                           :
:
                Plaintiff,                   :     13 Civ. 2606 (KBF)
   -v-                                                      :
:                 ORDER
:
MIDLAND FUNDING LLC,                                     :
:
                Defendant.                   :
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

    It is hereby ORDERED that:

1. Lead counsel for all parties shall appear for an initial pretrial conference ("IPTC") promptly at **9:30 a .m., July 10, 2013**.

2. At least **four business days prior** to the IPTC, the parties shall jointly submit a proposed schedule.

3. Counsel shall consult the Court's Individual Practices in Civil Cases (available at http://www.nysd.uscourts.gov/judge/Forrest) and comply with all other requirements for the IPTC. <u>See</u> Rule 4.B.

SO ORDERED:

Dated:     New York, New York
              June 10, 2013

                                                                  _____
                                                                   KATHERINE B. FORREST
                                                                   United States District Judge